# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129608(66)

MEDALIST GOLF CLUB, L.L.C., f/k/a
MEDALIST GOLF PRACTICE FACILITY,
L.L.C.,
      Plaintiff-Appellant,

v

                            SC: 129608
                            COA: 257625
BANK ONE OF MICHIGAN, f/k/a NBD BANK,   Calhoun CC: 03-000138-CZ
a Michigan Banking Corporation,
           Defendant-Appellee.

_____/

     On order of the Court, the motion for reconsideration of this Court's order of January 30, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

d0424